UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN DANIEL HEATHERLY, | ) | CASE NO. 1:23-cv-02456 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Darrell Clay recommending that the Commissioner's decision denying Ryan Daniel Heatherly supplemental security income be reversed and the matter remand for additional proceedings. (Doc. 11.) The Commissioner of Social Security filed a response indicating it has no objection to the R&R. (Doc. 12.) No other response has been received, and the time for doing so has passed.

The Court has reviewed the R&R and ACCEPTS and ADOPTS its recommendations. The Commissioner's decision denying supplemental security income is REVERSED and the matter is REMANDED to the Commissioner for additional proceedings consistent with the R&R.

**IT IS SO ORDERED.**

Date:  October 10, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE